CO-386-online
10/03

# United States District Court
# For the District of Columbia

Harney Soil and Water Conservation
District                                )
                                        )
                                        )
                                        )
                        Plaintiff       )      Civil Action No.  1:16-cv-02400-EGS
            vs                          )
                                        )
U.S. Department of the Interior, Sally Jewell,   )
Bureau of Land Management, Neil Kornze, Ron      )
Dunton                                  )
                                        )
                        Defendant       )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Harney Soil and Water Conservation District  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  Harney Soil and Water Conservation District  which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/Karen Budd-Falen        12/23/16
Signature

Karen Budd-Falen
Print Name

Post Office Box 346
Address

Cheyenne, WY  82003
City              State              Zip Code

(307) 6322-5105
Phone Number