JOHN C. CRUDEN,
Assistant Attorney General
Environment & Natural Resources Division

TANYA C. NESBITT, Trial Attorney
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0457
Email: tanya.nesbitt2@usdoj.gov

*Attorney for Federal Defendants*

# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF COLUMBIA

| | |
|---|---|
| HARNEY SOIL and WATER CONSERVATION DISTRICT, | ) ) CASE NO. 1:16-cv-02400-EGS |
| Plaintiff | ) ) **NOTICE OF APPEARANCE** ) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) ) |
| Defendants. | ) ) |

Please enter the appearance of Tanya C. Nesbitt as counsel of record on behalf of the Federal Defendants in the above-captioned case. Service of all papers by U.S. mail to Ms. Nesbitt should be addressed as follows:

United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Station
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611

Express and hand deliveries to Ms. Nesbitt should be addressed as follows:

United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
601 D Street N.W.
Washington, D.C. 20004

Ms. Nesbitt's email, telephone and facsimile information are as follows:

E-mail: tanya.nesbitt2@usdoj.gov
Telephone: (202) 305-0457
Facsimile: (202) 305-0275

    Respectfully submitted this 6th day of January, 2017.

          JOHN C. CRUDEN,
          Assistant Attorney General
          Environment & Natural Resources Division

          */s/ Tanya Nesbitt*
          TANYA C. NESBITT, Trial Attorney
          U.S. Department of Justice
          Environment & Natural Resources Division
          Wildlife and Marine Resources Section
          Ben Franklin Station, P.O. Box 7611
          Washington, D.C. 20044-7611
          Telephone: (202) 305-0457
          Email: tanya.nesbitt2@usdoj.gov

          *Attorney for Federal Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that, this 6th day of January, 2017, I electronically filed the foregoing documents with the Clerk of the Court via CM/ECF system, which will send notification of such to the attorney of record:

Karen Budd-Falen
Budd Fallen Law Offices, LLC

1  300 East 18th Street
2  Post Office Box 346
   Cheyenne, WY  82003--0346
3  (307) 632-5105

4
5                                    /s/ Tanya Nesbitt_____
                                     TANYA C. NESBITT
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  300 East 18th Street
2  Post Office Box 346
   Cheyenne, WY  82003--0346
3  (307) 632-5105

4
5                                    /s/ Tanya Nesbitt_____
                                     TANYA C. NESBITT
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28