Brandon L. Jensen
Franklin J. Falen *(Pro Hac Vice)*
Falen Law Offices, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, Wyoming 82003
(307) 632-5105 Telephone
(307) 637-3891 Facsimile

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARNEY SOIL AND WATER CONSERVATION DISTRICT, ) ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT ) OF THE INTERIOR, *et al.*, ) ) Defendants. ) ) | Case No. 1:16-cv-02400-EGS |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, the Plaintiff, Harney Soil and Water Conservation District, by and through its undersigned attorney, Brandon L. Jensen of the Falen Law Offices, LLC, and the Defendants, United States Department of the Interior and the Bureau of Land Management, by and through their undersigned counsel, Luther L. Hajek of the United States Department of Justice, Environment & Natural Resources Division, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled matter be dismissed without prejudice.  The parties have agreed that they shall each bear their own costs, attorney's fees, and expenses.

Counsel for the Plaintiff has conferred with counsel for the proposed Intervenor Oregon Natural Desert Association. The proposed Intervenor Oregon Natural Desert Association has no objection to the Joint Stipulation of Voluntary Dismissal Without Prejudice.

RESPECTFULLY SUBMITTED this 30th day of July 2019.

|  |  |
|---|---|
|  | JEAN E. WILLIAMS<br>Deputy Assistant Attorney General<br>Environment & Natural Resources Div. |
| */s/ Brandon L. Jensen*<br>Brandon L. Jensen<br>Franklin J. Falen *(Pro Hac Vice)*<br>FALEN LAW OFFICES, LLC<br>300 East 18th Street<br>Post Office Box 346<br>Cheyenne, WY  82003-0346<br>(307) 632-5105 Telephone<br>(307) 637-389 Facsimile<br>brandon@buddfalen.com | */s/Luther L. Hajek*<br>Luther L. Hajek<br>Natural Resources Section<br>Environment & Natural Resources Div.<br>United States Department of Justice<br>999 18th Street, South Terrace, Suite 370<br>Denver, Colorado 80202<br>(303) 844-1376 Telephone<br>(303) 844-1350 Facsimile<br>luke.hajek@usdoj.gov |
| *Attorneys for Plaintiff* | *Attorney for Federal Defendants* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of July 2019, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system which will send notification of such filing to the attorneys of record:

Luther L. Hajek
Natural Resources Section
Environment & Natural Resources Div.
United States Department of Justice
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
luke.hajek@usdoj.gov

Peter M. Lacy
Oregon Natural Desert Association
2009 NE Alberta Street, Suite 207
Portland, Oregon 97211
lacy@onda.org

Matt Kenna
Public Interest Environmental Law
679 E. 2nd Ave., Suite 11B
Durango, Colorado 81301
matt@kenna.net

                                                  */s/Brandon L. Jensen*